IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| KIRPY S.A.S., <br><br> Plaintiff, <br><br> v. <br><br> P.T. EQUIPMENT CO., INC., <br><br> Defendant. | Civil Action No. 1:07CV00021 |

DEFAULT JUDGMENT

Defendant, P.T. Equipment Co., Inc., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon affidavit that Defendant is indebted to Plaintiff in the principal sum of $198,913.89 plus interest thereon; that Defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; that Defendant is not an infant or incompetent person; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED AS FOLLOWS:

1. Judgment by default shall be and hereby is entered against Defendant, as provided by Rule 55(b)(1) of the Federal Rules of Civil Procedure;

2. Plaintiff shall recover the following judgment of Defendant:

a. **<u>Principal</u>.** The sum of One Hundred Ninety-Eight Thousand Nine Hundred Thirteen and 89/100 Dollars ($198,913.89);

b. **<u>Pre-Judgment Interest</u>.** All of the pre-judgment interest that has accrued on said sum at the legal rate since October 3, 2006, to the date that this Judgment is entered;

c. **<u>Post-Judgment Interest</u>.** Post-judgment interest as provided by law; and

d. **<u>Costs</u>**. The costs of this action.

This the 4th day of April 2007.

*[signature]*
United States District Judge